UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **ED CV 15-1759 FMO (JEMx)** | Date | **Dec. 17, 2015** |
| Title | **Regina Sanchez v. Receivables Performance Management, LLC** | | |

Present: The Honorable  **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**  (In Chambers) Order to Show Cause Re: Dismissal

On December 9, 2015, the court ordered plaintiff to file a Consolidated Amended Complaint no later than **December 16, 2015**. (See Court's Order of December 16, 2015, at 2). As of the date of this Order, no Consolidated Amended Complaint has been filed. Accordingly, IT IS ORDERED that no later than **December 18, 2015**, at **5:00 p.m.**, plaintiff shall show cause in writing why this action should not be dismissed for failure to comply with a court order. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. If plaintiff files a Consolidated Amended Complaint on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause.

.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |