Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA SANCHEZ,** individually and on behalf of all others similarly situated, | Case No. 5:15-cv-01759-FMO-JEM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **RECEIVABLES PERFORMANCE MANAGEMENT LLC,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.

In making a determination to resolve this matter, Plaintiff and her counsel of record carefully reviewed information and evidence produced in discovery by Defendant, which indicated that Plaintiff's claims would present individualized inquiries. Specifically, Defendant provided evidence that Plaintiff's claims may be bound by an arbitration clause with a class action waiver, which arguably would preclude her from acting as a class representative. *AT&T Mobility v. Concepcion*, 131 S. Ct. 1740 (2011). Further, Defendant presented evidence that the dialing

system used to dial Plaintiff's cellular phone may not qualify as an ATDS, under the TCPA. These issues were not known, nor could they have been known, by Plaintiff at the time of filing. Plaintiff's resolution of her individual matter will in no way prejudice putative class members.

Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 12th day of May, 2016.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 12th day of May, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

Evan M Rothman
Gordon and Rees LLP

Sean P Flynn
Gordon and Rees LLP

This 12th day of May, 2016.

s/Todd M. Friedman
Todd M. Friedman

**NOTICE OF SETTLEMENT**
-3-