UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA SANCHEZ,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**RECEIVABLES PERFORMANCE MANAGEMENT LLC,**<br><br>　　　　　　Defendant. | Case No. 5:15-cv-01759-FMO-JEM<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 11th day of July, 2016.

_____/s/_____
Honorable Fernando M. Olguin

Order to Dismiss - 1